# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2684
_____

United States of America

*Plaintiff - Appellee*

v.

Richard Steele

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of North Dakota - Western
_____

Submitted: May 12, 2023
Filed: June 29, 2023
[Unpublished]
_____

Before SMITH, Chief Judge, COLLOTON and BENTON, Circuit Judges.
_____

PER CURIAM.

Richard Steele appeals after he pleaded guilty to assaulting and resisting a federal officer, in violation of 18 U.S.C. § 111(a)(1), (b). The district court[1] sentenced

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.

him to 20 months' imprisonment. On appeal, Steele argues that his right to a speedy trial was violated.

"Upon careful review, we conclude that [Steele] waived any speedy trial claim by pleading guilty." *United States v. Lacey*, No. 21-3737, 2022 WL 1594528, at \*1 (8th Cir. May 20, 2022) (unpublished per curiam) (citing *United States v. Cox*, 985 F.2d 427, 433 (8th Cir. 1993) (claim that indictment should have been dismissed for violation of the Speedy Trial Act was waived by guilty plea); *Speed v. United States*, 518 F.2d 75, 77 (8th Cir. 1975) ("[I]t is well settled that a plea of guilty waives any claim to denial of a speedy trial")).[2]

Accordingly, we affirm.

_____

_____

[2]Steele has not argued that he did not knowingly and voluntarily enter his guilty plea, nor does the record support such an argument. *See United States v. Gilkes*, 529 F. App'x 804, 805 (8th Cir. 2013) (unpublished per curiam) ("Because Gilkes's plea was voluntary, his speedy-trial claim is waived."); *United States v. Seay*, 620 F.3d 919, 922 (8th Cir. 2010) (recognizing "that a voluntary plea of guilty constitutes a waiver of all non-jurisdictional defects, and the right to a speedy trial is non-jurisdictional in nature" (cleaned up)); *Cox v. Lockhart*, 970 F.2d 448, 453 (8th Cir. 1992) (stating that a knowingly and voluntarily entered guilty plea waives a defendant's right to a speedy trial).